AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Velma McDonald

V.

R. James Nicholson, in his official capacity as Secretary of Veterans Affairs,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-cv-34-ID-SRW

TO: (Name and address of Defendant)

R. James Nicholson, Secretary; Department of Veterans Affairs
1722 I Street North West
Washington, DC 20421

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Deborah Hill Biggers
P. O. Box 1183
Tuskegee Institute, AL 36087-1183

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                                  1/11/07

CLERK                                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Velma McDonald

V.

R. James Nicholson, in his official capacity as
Secretary of Veterans Affairs,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV-34-ID-SRW

TO: (Name and address of Defendant)

Leura Garrett Canary, United States Attorney
Middle District of Alabama
One Court Square
Suite 201
Montgomery, AL  36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Deborah Hill Biggers
P. O. Box 1183
Tuskegee Institute, AL  36087-1183

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                1/11/07

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Velma McDonald

V.

R. James Nicholson, in his official capacity as Secretary of Veterans Affairs,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV-34-ID-SRW

TO: (Name and address of Defendant)

Alberto R. Gonzales, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Deborah Hill Biggers
P. O. Box 1183
Tuskegee Institute, AL  36087-1183

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra T. Hackett                                               1/11/07
CLERK                                                          DATE

(By) DEPUTY CLERK