**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Nancy Yarn
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
Nancy Yarn

C. Date of Delivery
1/12/07

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

2:07CV34
SKC                    60

1. Article Addressed to:

Hon. Leura Garrett Canary
United States Attorney
Middle District of Alabama
One Court Square
Suite 201
Montgomery, AL  36104

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7006 0810 0006 3278 2482

102595-02-M-1540

PS Form 3811, August 2001    Domestic Return Receipt