**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. R. James Nicholson
   Secretary
   Department of Veterans Affairs
   1722 I Street North West
   Washington, DC 20421

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _P. Saunders_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   P. Saunders                   1-18-07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

   2:07CV   RECEIVED JAN 1 8 2007
   S d C   VACO MAIL CENTER

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 0810 0006 3278 3748

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540