# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **VELMA MCDONALD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:07-CV-34-ID-SRW |
| | ) |
| **R. JAMES NICHOLSON, in his** | ) |
| **official capacity as Secretary of** | ) |
| **Veterans Affairs,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR EXTENSION OF TIME

Come now the defendants, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rules 6(b) and 12 of the Federal Rules of Civil Procedure moves the Court for a 30-day extension of time, to and including April 12, 2007, within which to file an answer or other response in the above-styled case. In support of this motion, counsel shows unto the Court that the litigation report has not been received from the Department of Veterans Affairs. The agency's litigation report is essential in the compilation of the answer or other response.

Counsel for the plaintiff has been advised of this request for an extension of time and has consented to the same.

Dated this 13th day of March, 2007.

    LEURA G. CANARY
    United States Attorney

    By: s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    **E-mail: rand.neeley@usdoj.gov**

### CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's Attorney, Deborah Hill Biggers, Esquire.

    s/R. Randolph Neeley
    Assistant United States Attorney

2