IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VELMA MCDONALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv34-ID |
| | ) |
| R. JAMES NICHOLSON, in his official capacity as Secretary of Veterans Affairs, | ) ) ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Defendant's unopposed motion for extension of time, filed March 13, 2007 (Doc. No. 6), and for cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that the time for Defendant to answer or otherwise respond to Plaintiff's complaint is hereby EXTENDED to and including April 12, 2007.

DONE this 13th day of March, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE