## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **VELMA MCDONALD,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | ) CIVIL ACTION NO.:2:07-cv-34-ID |
| | ) |
| **R. JAMES NICHOLSON, in his** | ) |
| **official capacity as Secretary of** | ) |
| **Veterans Affairs,** | ) |
| | ) |
|     **Defendant.** | ) |

### CORPORATE/CONFLICT DISCLOSURE STATEMENT

COMES NOW the Defendant, in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☐ This party is an individual, or
- ☒ This party is a governmental entity, or
- ☐ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported: None.

Dated this the 10th day of December, 2007.

         LEURA G. CANARY
         United States Attorney

       By: s/R. Randolph Neeley
        R. RANDOLPH NEELEY
        Assistant United States Attorney
        Bar Number: 9083-E56R
        Post Office Box 197
        Montgomery, AL  36101-0197
        Telephone No.: (334) 223-7280
        Facsimile No.: (334) 223-7418
        **E-mail:** rand.neeley@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's counsel, Deborah Hill Biggers.

         s/R. Randolph Neeley
        Assistant United States Attorney