IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VELMA MCDONALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: **2:07-CV-34-ID-SRW** |
| ) | |
| R. JAMES NICHOLSON, in his ) | |
| official capacity as Secretary of ) | |
| Veterans Affairs, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Velma McDonald and Defendant Secretary, Department of Veterans Affairs hereby stipulate that the above captioned civil action is hereby dismissed, with prejudice, pursuant to a Settlement Agreement entered into by the parties. The plaintiff and defendant shall bear their own costs and attorneys' fees as to the dismissed action except as otherwise agreed by the parties.

In compliance with CM/ECF Civil Administrative Procedure II.C.3., the parties hereby certify that they have agreed to have their names electronically signed to this Joint Stipulation of Dismissal.

Respectfully submitted this 22nd day of May, 2008.

        s/Deborah Hill Biggers
        DEBORAH HILL BIGGERS
        Attorney for Plaintiff
        Bar Number: 4769-I70D
        113 East Rosa Parks Avenue
        Tuskegee, Alabama 36083
        Telephone No.: (334) 727-0092
        Facsimile No.: (334) 727-7117
        E-mail: debbig@debbig.com


        LEURA G. CANARY
        United States Attorney


By:   s/R. Randolph Neeley
       R. RANDOLPH NEELEY
       Assistant United States Attorney
       Bar Number: 9083-E56R
       Post Office Box 197
       Montgomery, AL 36101-0197
       Telephone No.: (334) 223-7280
       Facsimile No.: (334) 223-7418
       **E-mail rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's Attorney, Deborah Hill Biggers, Esquire.

                                            s/R. Randolph Neeley
                                            Assistant United States Attorney